NUMBER 13-10-00001-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






MARJORIE WILLIS, AS THE REPRESENTATIVE 

OF THE ESTATE OF CLAYTON T. WILLIS, DECEASED, Appellant,


v.



MARITZA ANAYA, Appellee.





On appeal from the 370th District Court 


of Hidalgo County, Texas.






MEMORANDUM OPINION


 

Before Chief Justice Valdez, Justices Yañez and Vela


Memorandum Opinion Per Curiam


 This case is before the Court on appellant's unopposed motion for remand in aid of
settlement. The parties have reached an agreement with regard to the disposition of the
matters currently on appeal. Pursuant to agreement, the parties request this Court to set
aside the trial court's judgment without regards to the merits, and remand this case to the
trial court for rendition of judgment in accordance with the agreement of the parties. 

 The unopposed motion to set aside the trial court's judgment and remand the case
is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the
merits, and REMAND this case to the trial court for rendition of judgment in accordance
with the parties' agreement. See Tex. R. App. P. 42.1(a)(2)(B). Costs will be taxed against
appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant."). 

 

 PER CURIAM

Delivered and filed the

25th day of February, 2010.